UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

AUG 26 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Mag. 08-0298 DAD |
| ) | |
| v. ) | |
| ) | **DETENTION ORDER** |
| JENARO VASQUEZ-VILLEGAS, ) | (Violation of Pretrial Release, |
| ) | Probation or Supervised Release) |
| Defendant. ) | |
| ) | |

☐  After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

☐ there is probable cause to believe the person has committed a federal, state or local crime while on release and defendant has not rebutted the presumption that his/her release will endanger another or the community or
☐ there is clear and convincing evidence that defendant has violated **another** condition of release and

☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or
☐ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☒  After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds there is probable cause to believe defendant has violated a condition of probation or supervised release and defendant has not met his/her burden of establishing by clear and convincing evidence that he/she will not flee or pose a danger to another person or to the community. 18 U.S.C. § 3143.

IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his/her counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

DATED: 8/26/08

_____
UNITED STATES MAGISTRATE JUDGE

☐ Court/Original    ☐ U.S. Attorney    ☐ Defense Counsel    ☐ Pretrial Services

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42  9165542808
08/26/2008  10:39  9165302050
                   Received:        USMS E-CA FRESNO

US ATTY MISD UNIT
USM ECA
Fax:              Aug 13 2008 09:42am   Aug 13 2008 09:34am  P003/011

PAGE  01/09
PAGE  01

AO 442                        e WASCO FID-1460444  #1460444

# United States District Court  83594-19

SOUTHERN DISTRICT OF CALIFORNIA

8/15/50

UNITED STATES OF AMERICA
v.                                                **WARRANT FOR ARREST**

Jenaro Vasquez-Villegas,
charged as: Andres Castro-Medina            CASE NUMBER:  02cr02383-001 J

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Jenaro Vasquez-Villegas; charged as Andres Castro-Medina
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense)

RECEIVED 2008 MAR 11 A 11:16 U.S. [stamp]

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

a.[signature]                              March 11, 2008 San Diego, CA
Signature of Deputy                        Date and Location

Bail fixed at $ _____ No Bail _____ by   The Honorable Napoleon A. Jones, Jr.
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 2:08-mj-00298-DAD    Document 2    Filed 08/26/08    Page 3 of 10

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42  9165542808                US ATTY MISD UNIT              PAGE 02/09
08/26/2008  10:39  9169302050                USM ECA                        PAGE 02
                   Received:       USMS E-CA FRESNO    Fax:  Aug 13 2008 09:42am
                                                              Aug 13 2008 09:34am  P004/011

PROB 12C
(04/05)

March 6, 2008

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

'08 MAR 10 PM 3:04

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vasquez-Villegas, Jenaro (English)       Dkt No.: 02-CR-02383-001-J
Charged As: Andres Castro-Medina

Reg. No.: 83594-198

Name of Sentencing Judicial Officer: The Honorable Napoleon A. Jones, Jr., Senior U.S. District Judge

Date of Sentence: December 18, 2002

Original Offense: 8 U.S.C. § 1324 (a)(1)(A)(ii), Transportation of Illegal Aliens, a Class D felony.

Sentence: 37 months, 3 years supervised release. *(Special conditions: no firearms; search; not associate with undocumented aliens or alien smugglers; not enter the Republic of Mexico without written permission of the probation officer; report all vehicles; drug/alcohol aftercare; and resolve all outstanding warrants within 60 days.)* $100 special assessment.

Type of Supervision: Supervised Release       Date Supervision Commenced: April 28, 2005

Asst. U.S. Atty.: Christopher M. Alexander     Defense Counsel: Kasha Pollreisz (Appointed)
                                                               (619) 234-8467

Prior Violation History: None.

---

### PETITIONING THE COURT

TO ISSUE A NO-BAIL BENCH WARRANT

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42  9165542808
08/26/2008  10:39  9169302050
              Received:

USMS E-CA FRESNO   US ATTY MISD UNIT   PAGE 03/09
                   USM ECA              PAGE 03
                   Fax:   Aug 13 2008 09:42am
                          Aug 13 2008 09:34am  P005/011

PROB 12C

Name of Offender: Vasquez-Villegas, Jenaro                           March 6, 2008
Docket No.: 02-CR-02383-001-J                                              Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

**CONDITION(S)**                          **ALLEGATION(S) OF NONCOMPLIANCE**

**(Mandatory Condition)**
Not commit another federal, state, or local   1.  On or about August 2, 2007, Mr. Vasquez-Villegas
crime. (nr1)                                      inflicted corporal injury, resulting in a traumatic
                                                  condition, upon his girlfriend, as evidenced by the
                                                  Judgment filed in the California Superior Court,
                                                  County of Fresno, Case no. F07906262, convicting
                                                  him of PC § 273.5 (a), Corporal Injury to
                                                  Spouse/Cohabitant/Child's Parent, a felony.

                                              2.  On or about August 2, 2007, the offender willfully
                                                  assaulted another person, as evidenced by the
                                                  Complaint filed in the California Superior Court,
                                                  County of Fresno, Case no. F07906262, charging
                                                  him with PC § 245(a)(1), Assault With a Deadly
                                                  Weapon, a felony.

                                              3.  On or about August 2, 2007, Mr. Vasquez-Villegas
                                                  maliciously defaced with graffiti and other
                                                  inscribed material, or otherwise damaged and
                                                  destroy real and personal property, to wit,
                                                  automobile windows, belonging to another person,
                                                  as evidenced by the Complaint filed in the California
                                                  Superior Court, County of Fresno, Case no.
                                                  F07906262, charging him with PC § 549 (a), Felony
                                                  Vandalism.

                                              4.  On or about August 2, 2007, the offender drew and
                                                  exhibited a deadly weapon, to wit, a blunt object, in
                                                  a rude, angry and threatening manner, not in self-
                                                  defense, in the presence of another person, as
                                                  evidenced by the Complaint filed in the California
                                                  Superior Court, County of Fresno, Case no.
                                                  F07906262, charging him with PC § 417 (a) (1),
                                                  Exhibiting a Deadly Weapon, a misdemeanor.

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42   9165542808
08/26/2008  10:39   9169302050
                    Received:

USMS E-CA FRESNO

US ATTY MISD UNIT
USM ECA
Fax:   Aug 13 2008 09:43am
       Aug 13 2008 09:34am   P008/011

PAGE 04/09
PAGE 04

PROB 12C

Name of Offender: Vasquez-Villegas, Jenaro
Docket No.: 02-CR-02383-001-J

March 6, 2008
Page 3

<u>Grounds for Revocation:</u>  On April 28, 2005, the offender released from federal custody and commenced his term of supervision in the Eastern District of California. On November 14, 2007, his supervising probation officer in that district, Hubert Alvarez, reported that the offender had been convicted of a felony on September 25, 2007.

According to the Fresno Police Department Crime Report No. 07-65647, on August 2, 2007, police officers were dispatched to the offender's home. Mr. Jenaro Vasquez-Villegas, aka Andres Castro-Medina, lived in the residence with his girlfriend, hereinafter the victim, along with her adult daughter. When they arrived at the home, police made contact with the victim and noted that she had a bruise on her knee, and that there was slight bleeding. The victim informed the officers that she had been in a one and a half year cohabitating relationship with the offender. When she arrived home that day, the offender was sitting outside, smoking a cigarette on the back porch, with the door open. The victim requested that Mr. Vasquez-Villegas close the door so as to avoid a high electrical bill. The victim noted that Mr. Vasquez-Villegas had been drinking by the way he sounded. He responded by stating, "You better not close that door." The victim closed the door and the offender then stood up and kicked the door three times with his foot. At this point, the victim instructed her daughter to call the police. Upon hearing this request, Mr. Vasquez-Villegas stated, "Okay, you bitches."

The victim and her daughter then walked outside to the front yard and the offender was seen holding a wooden log in his hands. He stated, "It's gonna be like that? Okay, I'll show you." He then proceeded to use the log to break the front and rear windows of the victim's vehicle. The victim attempted to stop the offender at which point Mr. Vasquez-Villegas struck her with the log, on her left knee. The victim's daughter then ran to the offender and stated, "No, don't hit her." The victim reported that it appeared as if Mr. Vasquez-Villegas was going to hit her daughter as well, however, the daughter ran across the street, preventing an attack. At this point, the victim went to a neighbor's home while continuing to talk to the Fresno Police Dispatch Center. The offender fled the scene but was subsequently apprehended and arrested.

According to the Fresno County Probation Report, the offender reported that on the date of his arrest in this matter, the victim's ex-husband had called asking about the whereabouts of his ex-wife and daughter. Mr. Vasquez-Villegas reported that he told the ex-husband that he didn't want to get involved. He reported to the county probation officer that the victim's daughter was in the home because her father had put her out of his house. He reported that he told the victim that her daughter could not stay in the home because she had marijuana and he was on federal supervision. The victim then got angry and called the police, stating that Mr. Vasquez-Villegas had hit her with a stick. The offender advised that he did not hit the victim with a stick but "should have" because she hit him with a broom and broke his car window.

Case 2:08-mj-00298-DAD   Document 2   Filed 08/26/08   Page 6 of 10

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42   9165542808          US ATTY MISD UNIT              PAGE  05/09
08/26/2008  10:39   9169302050          USM ECA                        PAGE  05
                    Received:                        Aug 13 2008 09:43am
                              USMS E-CA FRESNO   Fax:          Aug 13 2008 09:35am  P007/011

Name of Offender: Vasquez-Villegas, Jenaro                                    March 6, 2008
Docket No.: 02-CR-02383-001-J                                                      Page 4

The offender was charged with the following: Ct. 1: PC § 273.5(a), Corporal Injury to Spouse/Cohabitant/Child's Parent, a felony; Ct. 2: PC § 245 (a)(1), Assault with a Deadly Weapon, a felony; Ct. 3: PC § 594 (a), Felony Vandalism; and, Ct. 4: PC § 417 (a)(1), Exhibiting a Deadly Weapon, a misdemeanor.

On August 27, 2007, the offender pled guilty to PC § 273.5 (a), Corporal Injury to Spouse/Cohabitant/Child's Parent, a felony, in the Fresno Superior Court, case number F07906262. On September 25, 2007, Mr. Villegas was sentenced to 2 years custody and he is currently incarcerated at the Wasco State Prison, in Wasco, California.

## VIOLATION SENTENCING SUMMARY

### SUPERVISION ADJUSTMENT

According to USPO Alvarez, the offender had been doing well on supervised release. He was residing in a stable residence and had been employed for the majority of his supervision term. Further, his participation in the drug aftercare program was good. According to the supervising probation officer, there had been "signs of problems" between the offender and the victim. In fact, Mr. Vasquez-Villegas had been instructed by his probation officer to have no contact with the victim. Regrettably, the offender did not follow these instructions.

### OFFENDER PERSONAL HISTORY/CHARACTERISTICS

Mr. Vasquez-Villegas is 52 years old. He was born in Fresno, CA, but did have ties to Mexicali, Baja California, Mexico.

A review of case records reveals that the offender has the following record: 1982, Contempt of Court, 24 months probation, 4 days custody; 1985, First Degree Burglary, felony, 2 years custody, parole revoked twice; 1986, Vandalism, 1 year summary probation, 14 days jail; 1986, Receiving Stolen Property, 3 years probation, 360 days jail with 300 days suspended; 1990, Driving with a Suspended License, 3 years probation, 60 days jail; 1993, Grand Theft, 3 years probation, 180 days jail, suspended, probation violated; 1994, Petty Theft, 44 months custody; parole revoked; and 1997, Grand Theft, 2 years summary probation, 60 days jail, $100 fine.

According to the presentence report, the offender has a history of heroin and alcohol dependency.

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42   9165542808
08/26/2008  10:39   9169302050
                    Received:       USMS E-CA FRESNO    US ATTY MISD UNIT    PAGE 06/09
                                                        USM ECA              PAGE 06
                                                 Fax:   Aug 13 2008 09:43am
                                                                      Aug 13 2008 09:35am  P008/011

PROB 12C
Name of Offender: Vasquez-Villegas, Jenaro                                  March 6, 2008
Docket No.: 02-CR-02383-001-J                                               Page 5

## SENTENCING OPTIONS
## CUSTODY

**Statutory Provisions**: Upon the finding of a violation, the court may modify the conditions of supervision; extend the term (if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. 18 U.S.C. § 3583(e)(2) and (3).

If the court revokes supervised release, the maximum term of imprisonment upon revocation is 2 year(s). 18 U.S.C. § 3583(e)(3).

**USSG Provisions**: USSG § 7B1.1(b), p.s., indicates that where there is more than one violation of the conditions of supervision, or the violation includes conduct that constitutes more than one offense, the grade of the violation is determined by the violation having the most serious grade. In this case the most serious conduct involves Corporal injury which constitutes a Grade A violation. USSG § 7B1.1(a)(), p.s.

Upon a finding of a Grade A violation the court shall revoke supervised release. USSG § 7B1.3(a)(1), p.s.

A Grade A violation with a Criminal History Category V (determined at the time of sentencing) establishes an imprisonment range of 30 to 37 months. USSG § 7B1.4, p.s.

However, because the minimum of the imprisonment range exceeds the statutory maximum term, the adjusted imprisonment range is 24 months. USSG § 7B1.4(b)(1), p.s.

Finally, if supervised release is revoked and a term of imprisonment is imposed, the court shall order that the term of imprisonment be served consecutively to any sentence of imprisonment the offender may be serving. USSG § 7B1.3(f), p.s.

## REIMPOSITION OF SUPERVISED RELEASE

If supervised release is revoked and a term of imprisonment is imposed that is less than the maximum term of imprisonment imposable upon revocation, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h) and USSG § 7B1.3(g)(2), p.s.

In this case, the court has the authority to reimpose a term of 3 year(s) supervised release, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(b).

Received at: 11:42AM, 8/26/2008
08/26/2008  10:42   9165542808
08/26/2008  10:39   9169302050
Received:   USMS E-CA FRESNO   Fax:
US ATTY MISD UNIT
USM ECA
Aug 13 2008 08:43am
Aug 13 2008 09:35am   P009/011
PAGE  07/09
PAGE  07

Name of Offender: Vasquez-Villegas, Jenaro                                    March 6, 2008
Docket No.: 02-CR-02383-001-J                                                  Page 8

## THE COURT ORDERS:

**X**  A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(Currently detained at the Wasco State Prison, Reception Center, 701 Scofield Avenue, Wasco, CA 93280, under the name Jenaro Vasquez, CDC number F90485.)

____  Other _____

_____        3-7-08
The Honorable Napoleon A. Jones, Jr.      Date
Senior U.S. District Judge

I hereby attest and certify on 3-7-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____  Deputy

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42   9165542808                                  US ATTY MISD UNIT              PAGE  08/09
08/26/2008  10:39   9169302050                                  USM ECA                         PAGE  08
                    Received:            USMS E-CA FRESNO   Fax:   Aug 13 2008 09:43am  Aug 13 2008 09:35am  P010/011

Name of Offender: Vasquez-Villegas, Jenaro                                        March 6, 2008
Docket No.: 02-CR-02385-001-J                                                     Page 6

### RECOMMENDATION/JUSTIFICATION

Mr. Vasquez-Villegas is clearly in violation of his conditions of supervision as evidenced by his serious, new felony conviction for Corporal Injury. Of particular concern is the violence demonstrated by the offender, coupled with a lack of regard for the victim. As such, it is recommended that supervised release be revoked and that he be sentenced to a term of 24 months custody, with no supervised release to follow. If the statutory maximum custody term is imposed, no additional supervised release is authorized. However, Your Honor is advised that the offender will be on state parole upon his release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 6, 2008

Respectfully submitted:                                   Reviewed and approved:
KENNETH O. YOUNG
CHIEF PROBATION OFFICER

by _____Mary Murphy for_____                              _____Mary Murphy_____
Patricia Lebu                                             Mary M. Murphy
U.S. Probation Officer                                    Supervising U.S. Probation Officer
(619) 409-5109

Case 2:08-mj-00298-DAD   Document 2   Filed 08/26/08   Page 10 of 10

Received at: 11:42AM, 8/26/2008

08/26/2008  10:42   9165542808                US ATTY MISD UNIT            PAGE  09/09
08/26/2008  10:39   9169302050                USM ECA                      PAGE  09
                    Received:      USMS E-CA FRESNO   Fax:  Aug 13 2008 09:43am   Aug 13 2008 09:35am  P011/011

PROB 12C
Name of Offender: Vasquez-Villegas, Jenaro                                    March 5, 2008
Docket No.: 02-CR-02383-001-J                                                 Page 7

## VIOLATION WORKSHEET

1. Defendant: __Castro-Medina, Andres__

2. Docket No. (Year-Sequence-Defendant No.): __02-CR-02383-001-J__

3. List Each Violation and Determine the Applicable Grade (See USSG § 7B1.1):

   | Violation(s) | Grade |
   |---|---|
   | Corporal injury | A |
   | Assault | A |
   | Defacing property | B |
   | Exhibiting a deadly weapon | C |

4. Most Serious Grade of Violation (See USSG § 7B1.1(b))          [ A ]
5. Criminal History Category (See USSG § 7B1.4(a))                [ V ]
6. Range of Imprisonment (See USSG § 7B1.4(a))                    [ 24 months* ]

7. Unsatisfied Conditions of Original Sentence: None.

   *Statutory maximum